UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Board of Trustees of Ohio
Laborers' Fringe Benefit Program,

    Plaintiff,

    v.                                    Case No. 2:16–cv–1206

Pete Gould & Sons, Inc.,              Judge Michael H. Watson

    Defendant.                      Magistrate Judge Jolson

## ORDER

Magistrate Judge Jolson, to whom this case was referred pursuant to Columbus General Order 14-01, issued a Report and Recommendation ("R&R") recommending the Court grant Board of Trustees of Ohio Laborers' Fringe Benefit Program's ("Plaintiff") motion for default judgment in this ERISA case. R&R 2, ECF No. 9. The R&R advised the parties of their right to object to the R&R and warned the parties that a failure to object would result in the waiver of a right to *de novo* review by the Undersigned as well as a waiver in the right to appeal the decision adopting the R&R. *Id.* at 3.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, **GRANTS** default judgment against Pete Gould & Sons, Inc. ("Defendant"), and **AWARDS** Plaintiff judgment in the amount of $18,259.13 in unpaid fringe benefit contributions, liquidated damages, and prejudgment interest along with $1,960.00 in attorney's fees.

The Clerk shall enter judgment and terminate the case.

**IT IS SO ORDERED.**

                                                    MICHAEL H. WATSON, JUDGE
                                                    UNITED STATES DISTRICT COURT